IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MITESHKUMAR PATEL; and PRAGNYABEN PATEL, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:23-cv-141 |
| v. | |
| ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security; et al., | |
| Defendants. | |

**O R D E R**

Plaintiffs filed the Complaint initiating this action on May 22, 2023. (Doc. 1.) On July 31, 2023, Plaintiffs and Defendants jointly filed a Consent Motion for Voluntary Dismissal, wherein they move to voluntarily dismiss this case without prejudice. (Doc. 6.) None of the Defendants have filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case has been **DISMISSED WITHOUT PREJUDICE**, (id.), and the Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions and to **CLOSE** this case.

**SO ORDERED**, this 1st day of August, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA